UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

                                                      CASE NO. 20-23135 (RDD)

Laurence C. Miller MD PLLC,                               CHAPTER 11

     Debtor.

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Eric Huebscher, MBA, CPA, CFE, CPCO
C/O Huebscher & Co.
630 3rd Avenue – 21st Floor
New York, NY 10017
Telephone No. (646)-584-3141
Email: ehuebscher@huebscherconsulting.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: October 26, 2020                                      William K. Harrington
                                                             United States Trustee for Region 2
                                                             U.S. Department of Justice
                                                             Office of the United States Trustee
                                                             201 Varick Street, Room 1006
                                                             New York, New York 10014

                                                             By: /s/ *Susan A. Arbeit*
                                                                   Susan A. Arbeit
                                                                   Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

IN RE:                                                           CASE NO. 11-20-23135-RDD

     Laurence C. Miller, MD, PLLC            CHAPTER 11

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a hourly rate of $375, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 10/26/2020

                                                            Eric Huebscher